IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  KATHY M. BARNES, DEBTOR                              CASE NO:  4:09-bk-15233
                                                                                            CHAPTER 13

U.S. BANK N.A., AS SUCCESSOR BY MERGER                                              MOVANT
TO THE LEADER MORTGAGE COMPANY

VS.

KATHY M. BARNES; MARK T. MCCARTY, TRUSTEE                              RESPONDENTS

**ORDER GRANTING MOTION FOR
RELIEF FROM STAY AND TO ABANDON**

Came before the Court Movant's Motion for Relief from Stay and to Abandon.  The debtor, by and through her Attorneys, Pray Law Firm; the movant, by and through its Attorneys, Dyke, Henry, Goldsholl & Winzerling, P.L.C.; and the trustee represent that they agree and jointly consent to the entry of this Order.  Therefore, upon consideration, and for good cause shown, it is

ORDERED that the trustee's interest in and to the following described real property is hereby abandoned:

**Lot 67, Northgate Addition, Phase I to the City of England, Lonoke County, Arkansas.**

This property is commonly known as 402 ELAM STREET, ENGLAND, AR 72046.

It is further ORDERED that the stay provisions of 11 U.S.C. §362 of the Bankruptcy Code should be and hereby are lifted with regard to the property abandoned by this Order; that the provisions of Bankruptcy Rule 4001(a)(3) are not applicable to this Order; that U.S. Bank N.A., as successor by merger to The Leader Mortgage Company, may take immediate action upon entry of this Order; and that creditors with valid claims or interests in and to the abandoned property are released to pursue their usual lawful remedies, including reasonable attorney's fees

of $650 and costs of $150, against Debtor's interest in said abandoned property, provided that the creditor shall account for and return to the trustee any surplus over the balance due which may be realized upon liquidation of the property. Further, the provisions of §362 continue in full force and effect as to Debtor and to all other property of Debtor not itemized within this Order. Suits or actions to enforce personal money judgments against Debtor are precluded by the operative provisions of §362 not lifted by this or other Orders of this Court.

_____
HONORABLE RICHARD D. TAYLOR
U.S. BANKRUPTCY COURT JUDGE
Date: February 12, 2010

APPROVED AS TO FORM:
/s/ Mary A. Winzerling
Mary A. Winzerling
Attorney for Movant
DYKE, HENRY, GOLDSHOLL & WINZERLING, P.L.C.
415 N. McKinley, Ste 555
Little Rock, AR 72205
(501) 661-1000

EOD 2/12/2010
by L Martindale

_____
Mark T. McCarty, Trustee
P. O. Box 5006
North Little Rock, AR 72119

/s/Chris Frank
Chris Frank
PRAY LAW FIRM
Attorneys for the Debtor
P. O. Box 94224
North Little Rock, AR 72190